IN THE UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF ALABAMA

MIDDLE DIVISION

BRANCH BANKING & TRUST COMPANY,

PLANTIFF,

vs.　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No. CV-12-BE-3779-M

WATERSIDE PROPERTIES, LLC, AND

PAUL H. ROBINSON, JR.

DEFENDANTS.

**Answer by Defendant Paul H. Robinson, Jr**

**Your Honorable" Karon Owen Bowdre"-United States district Judge**

　　　　As per your request, I, Paul H. Robinson, Jr., intend to represent myself in Civil Action 4:12-CV-3779 KOB. This case should have never been filed, as there appears to be no remedy for accessing the uncompleted sewer system. And as you know, your Honor, if you have no "Standing" for a case, it is most likely a frivolous lawsuit, brought on by B.B.& T, as a fishing exposition. Furthermore, BB & T does not need this sewer to remedy their sewage issue. All six townhomes have a certificate of occupancy issued by the City of Pell City, Alabama. During the time that Waterside owned the six townhomes they occupied two of them. They simply contained the sewage on site and had it picked up on as needed basis. It worked well for them and I am sure that BB&T will find that, while slightly higher sewer cost, it will more than accommodate their sewage needs, just as it did Watersides. Waterside could not complete the Sewer during its ownership because they ran out of money and subsequently lost the property to foreclosure.

　　Your Honor, I think at this juncture, a timeline of the facts, will help this Court to understand how all this came about and how it would be impossible for Waterside or Paul H. Robinson Jr, to remedy the sewer issue. Furthermore, it will clearly show how Robinson Family Limited Partnership, LLC is the current and sole owner of the 15 acres that contains the future sewer plant. Paul H. Robinson, Jr., or Waterside Properties, LLC, has no interest or rights in any remaining property surrounding this parcel and or development. Douglas County Bank is the current owner of the 414 condo unit lots in the development, including the Business Center, and BB & T and Robinson Family Limited Partnership, LLC, owns all the rest. BB & T, Robinson Family Limited Partnership, LLC and Douglas County Bank all foreclosed, simultaneously, on their respective Collaterals.

1. 2007 Land Acquisition by Waterside Properties, LLC

2. July 9, 2008, Douglas County Bank loaned 7.5 million to Waterside for the development of 414 lots and a Business Center on app. 55 acres of land.

3. On September 8, 2008 Waterside created a set of covenants regarding utilities that excluded the future Sewer Treatment Plant.

4. On March 24, 2009, BB& T loaned 1.8 million on six townhomes in "The Bluffs" at the Yacht Club

5. On February 3, 2010, Paul H. Robinson, Sr. loaned $900,000 (After BB&T backed out of the loan for the construction of the sewer plant) on approximately 15 acres for the construction of the future sewer plant.

6. March 2, 2010, Faxed copy of a "proposed warranty deed" to be used (for presentation purposes only) in an application process to ADEM. Originals were never released or recorded.

7. On June 30, 2010, a corrective mortgage was filed to amend the legal description.

8. On May 11, 2011 Paul H. Robinson, Sr. foreclosed on the future sewer plant site.

9. On July 1, 2011 BB&T foreclosed on the six townhomes at "The Bluffs"

10. On March 1, 2012, I signed a Deed in Lieu of foreclosure to Douglas County Bank.

11. On November 28, 2012 BB&T files a lawsuit on Waterside Properties, LLC, and Paul H. Robinson, Jr. Your Honor knows that a simple title check would show neither entity held title, and would have saved my last 5,000.00 paid to "Charley Robinson" (who quit when funds got down to 250.00) to defend this frivolous lawsuit.

In late 2012, Southwest Sewer came to the Business Center, owned by Douglas County Bank, and stated they were going to install a pump station and connect it to the Sewer Plant. An agent for the Business Center merely pointed out that they did not own the Sewer Plant and had no authority to authorize anyone to do any work. From this, a lawsuit was subsequently filed, alleging they were denied access by Waterside. This is simply not true! Waterside didn't have the authority to give anyone access or deny them access, as they have NO RIGHTS to the sewer.

In conclusion your Honor, Waterside never conveyed the Sewer to "Southwest Water Alabama onsite System Services, LLC". Waterside lost the entire development to The Robinson Family Limited Partnership LLC, BB & T and Douglas County Bank. The Robinson Family Limited Partnership, LLC never signed on any loans with Waterside Properties and should not be joined in this suit. Furthermore, Douglas County Bank, another Lender who foreclosed should not be joined in the suit either. There was three separate loans on three separate parcels of this development that were all subsequently foreclosed on when the market went south. Each Lender has possession of their respective collaterals.

I hope this clears some of the confusion up, and if you need anything else please call me personally @ 770-231-8748, and I will do my best to answer or find it for you. Thank You, Paul H. Robinson, Jr

# Robbie Robinson

**From:** Robbie Robinson [robbietiger@bellsouth.net]
**Sent:** Monday, April 08, 2013 4:22 PM
**To:** 'egetty@balch.com'

Civil Action No. CV-12-Be-3779-M
Branch Banking & Trust Company-Plaintiff
Waterside Properties, LLC and
Paul H. Robinson, Jr.

Mr. Eric Getty,

Good afternoon Mr. Getty. Just wanted to check on the answer for the Judge for April 17, and to see what I needed to do, beside let her know that I am representing myself.

Just wanted to bring you up to date on where we are with Waterside Properties, LLC. Are you aware that I do not own any of the surrounding property that houses the partially completed Sewer System, nor does Waterside Properties, LLC? BB & T, Douglas County Bank and Paul H. Robinson, Sr. (and now transfer to the "Robinson Family Limited Partnership, LLC") all foreclosed on all their mortgages, and Waterside Properties, LLC or myself, doesn't own anything out there anymore. I don't have any control or say over the Sewer, nor have I ever told B.B.& T or any of its representative's that it could not hook to the sewer, just that Waterside did not own the sewer treatment plant and land. I think the just of your argument is that Waterside Properties, LLC signed a Deed to convey the Sewer to Southwest Water, which, by the way, was done for presentational purposes only, to get a permit from ADEM. We didn't have the authority to convey a deed without Lender approval. Furthermore, we never released an original signature for the deed to South West Utilities because we ran out of money and could not finish the sewer and could not pay the interest payment, and that is why we lost the land where the sewer plant is located. As such, that document you have was never recorded, for two reasons: First, it was a fax sent for "presentation only" as a part of an application process. Secondly, Waterside couldn't convey any rights to land where the sewer plant was located without express written consent of the Lender.

As you may not know, Waterside is filing for Bankrupt and I too am filing for personal Bankruptcy as well, as both of us have NO assets left. You stated in your lawsuit that you were bringing this action to force Waterside to complete the Sewer System. That just simply can't happen under any circumstances. I think you'd be better served to get with the other two lenders and the three of you come to an agreement that would work for all of you. I am sure the Lender that owns that partially completed sewer would love to get rid of it just as bad as you would like to get rid of those townhouses. Had there just been one Lender instead of multiple Leaders this would not be an issue. Please let me know how that I can help you accomplish this goal without wasting any more time or money.

Thanking you in advance,

Paul H. (Robbie) Robinson, Jr.

770-231-8748

1